UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROBERT D RAMEY | § | Case No. 16-81061 |
| AMANDA L RAMEY | § | |
| | § | |
| Debtors | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          United States Bankruptcy Court
          Northern District of Illinois
          Western Division
          327 S. Church Street, Room 1100
          Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/07/2017 in Courtroom 3100,
          United States Bankruptcy Court
          327 S Church Street
          Rockford IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/12/2017                    By: /S/ BERNARD J. NATALE
                                                                            TRUSTEE

*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: §
§
§
ROBERT D RAMEY § Case No. 16-81061
AMANDA L RAMEY §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BERNARD J. NATALE | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: BERNARD J. NATALE | $ 21.90 | $ 0.00 | $ 21.90 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD Attorney has taken a voluntary reduction in fees to allow for increased payout to unsecured creditors. | $ 2,838.90 | $ 0.00 | $ 2,838.90 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 65.92 | $ 0.00 | $ 65.92 |
| Charges: CLERK OF THE BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 4,526.72 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Remaining Balance                                                                $_____473.28_

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,062.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I LLC | $ 1,765.48 | $ 0.00 | $ 59.42 |
| 2 | Quantum3 Group Llc As Agent For | $ 250.44 | $ 0.00 | $ 8.43 |
| 3 | Us Cellular | $ 1,725.91 | $ 0.00 | $ 58.08 |
| 4 | Cottonwood Financial Illinois, Llc. | $ 1,133.02 | $ 0.00 | $ 38.13 |
| 5 | Directv, Llc | $ 580.37 | $ 0.00 | $ 19.53 |
| 6 | Portfolio Recovery Associates, Llc | $ 2,496.97 | $ 0.00 | $ 84.03 |
| 7 | Portfolio Recovery Associates, Llc | $ 689.36 | $ 0.00 | $ 23.20 |
| 8 | Cach, Llc | $ 421.31 | $ 0.00 | $ 14.18 |
| 9 | PATRICIA ANDERSON | $ 5,000.00 | $ 0.00 | $ 168.28 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 473.28 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /S/ BERNARD J. NATALE
TRUSTEE

*BERNARD J. NATALE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**<u>Case No: 16-81061</u>**
**<u>Case Name: Robert D Ramey & Amanda L Ramey</u>**

**Proof of Service**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF WINNEBAGO | ) |

      The undersigned, being first duly sworn on oath deposes and states that she served the attached **Notice of Trustee's Final Report & Applications for Compensation** by sending a true and correct copy of said via U S Mail, E-mail, or ECF, as per attached:

      SEE ATTACHED MATRIX

      **(EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE
AS STATED IN THE U S BANKRUPTCY CLERK'S RECIEPT)**

      That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 2nd day of May, 2017.

      /s/ Mary Jane D'Angelo

SUBSCRIBED and SWORN to before me
2nd day of May, 2017.
/s/ Denise M Bennett
Notary Public

My commission expires July 15, 2018

| | | |
|---|---|---|
| Clerk of the Bankruptcy Court<br>327 S Church Street<br>Room 1100<br>Rockford IL 61101 | Cavalry SPV 1 LLC<br>P O Box 27288<br>Tempe AZ 85282 | Quantum3 Group<br>Sandino Funding LLC<br>P O Box 788<br>Kirkland WA 98083-0788 |
| US Cellular<br>American InfoSource LP<br>P O Box 248838<br>Oklahoma City OK 73124-8838 | Cottonwood Financial Illinois LLC<br>1901 Gateway Drive Ste 200<br>Irving TX 75038 | DirectTV LLC<br>American InfoSource LP<br>P O Box 5008<br>Carol Stream IL 60197-5008 |
| Portfolio Recovery Associates LLC<br>P O Box 12914<br>Norfolk VA 23541 | Cach LLC<br>P O Box 5980<br>Denver CO 80217-5980 | Patricia Anderson<br>% David L Davitt<br>4023 Charles Street<br>Rockford IL 61108 |
| Amanda L Ramey<br>Robert D Ramey<br>8855 Edson Road<br>Capron IL 61012 | Eric Pratt Law Office<br>3957 N Mulford Road<br>Suite C<br>Rockford IL 61114 | U S Trustee<br>780 Regent Street<br>Suite 304<br>Madison WI 53715 |