# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| ROBERT D RAMEY § | Case No. 16-81061 |
| AMANDA L RAMEY § | |
| § | |
| Debtors § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: 4,750.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 473.28        Claims Discharged
                                                Without Payment: 37,943.58

Total Expenses of Administration: 4,526.72

---

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,564.07 | 4,526.72 | 4,526.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,354.00 | 14,062.86 | 14,062.86 | 473.28 |
| **TOTAL DISBURSEMENTS** | $ 24,354.00 | $ 19,626.93 | $ 18,589.58 | $ 5,000.00 |

4) This case was originally filed under chapter 7 on 04/28/2016 . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/05/2017          By:/s/BERNARD J. NATALE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference Pymt - P Anderson | 1241-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| BERNARD J. NATALE | 2200-000 | NA | 21.90 | 21.90 | 21.90 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 3,876.25 | 2,838.90 | 2,838.90 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 65.92 | 65.92 | 65.92 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,564.07 | $ 4,526.72 | $ 4,526.72 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amcore Bank N A, 501 7th St Rockford, IL 61104 | | 0.00 | NA | NA | 0.00 |
| | ARS National Services, Box 469046 Escondido, CA 92046 | | 0.00 | NA | NA | 0.00 |
| | Associated Bank, 1305 Main St Stevens Point, WI 54481 | | 500.00 | NA | NA | 0.00 |
| | Associated Card Servic, 1305 West Main St Stevens Point, WI 54481 | | 0.00 | NA | NA | 0.00 |
| | Blackhawk Bank, 2475 N. Perryville Rd Rockford, IL 61107 | | 600.00 | NA | NA | 0.00 |
| | Blitt and Gaines, 661 W Glenn Ave Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Cach Llc, 4340 S Monaco Denver, CO 80237 | | 421.00 | NA | NA | 0.00 |
| | Cach Llc, 4340 S Monaco Denver, CO 80237 | | 3,530.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Cavalry Portfolio Serv, Po Box 27288 Tempe, AZ 85285 | | 1,339.00 | NA | NA | 0.00 |
| | Cbe Group, 1309 Technology Pkwy Cedar Falls, IA 50613 | | 580.00 | NA | NA | 0.00 |
| | CBE Group, 1309 Technology Pkwy Cedar Falls, IA 50613 | | 0.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Comcast, Box 3002 Southeastern, PA 19398 | | 525.00 | NA | NA | 0.00 |
| | ComEd, Box 6111 Carol Stream, IL 60197 | | 600.00 | NA | NA | 0.00 |
| | Comenity Bank/gordmans, Po Box 182789 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Contract Callers, Box 2207 Augusta, GA 30903 | | 0.00 | NA | NA | 0.00 |
| | Credit Managemant, 4200 International Pkwy Carrollton, TX 75007 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Management Lp, 4200 International Pkwy Carrollton, TX 75007 | | 218.00 | NA | NA | 0.00 |
| | Credit One Bank Na, Po Box 98875 Las Vegas, NV 89193 | | 0.00 | NA | NA | 0.00 |
| | DIRECTV, PO BOX 9001069 Louisville, KY 40290-1069 | | 600.00 | NA | NA | 0.00 |
| | Elan Financial Service, Po Box 108 St Louis, MO 63166 | | 520.00 | NA | NA | 0.00 |
| | First Premier Bank, 601 S Minnesota Ave Sioux Falls, SD 57104 | | 521.00 | NA | NA | 0.00 |
| | First Premier Bank, 601 S Minnesota Ave Sioux Falls, SD 57104 | | 654.00 | NA | NA | 0.00 |
| | Fresh View Solutions, 4340 S. Monaco St Suite 400 Denver, CO 80237 | | 0.00 | NA | NA | 0.00 |
| | German American State | | 0.00 | NA | NA | 0.00 |
| | JC Christensen, Box 519 Sauk Rapids, MN 56379 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | mandarich law group, 1 N. Dearborn Suite 650 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Midland Funding, 2365 Northside Dr Ste 30 San Diego, CA 92108 | | 597.00 | NA | NA | 0.00 |
| | Midland Funding, 2365 Northside Dr Ste 30 San Diego, CA 92108 | | 499.00 | NA | NA | 0.00 |
| | Monarch Recovery, 10965 Decatur Rd Philadelphia, PA 19154 | | 0.00 | NA | NA | 0.00 |
| | Monterey Financial Svc, 4095 Avenida De La Plata Oceanside, CA 92056 | | 0.00 | NA | NA | 0.00 |
| | Nicor, Box 5407 Carol Stream, IL 60197 | | 1,300.00 | NA | NA | 0.00 |
| | paypal, Box 105658 Atlanta, GA 30348 | | 50.00 | NA | NA | 0.00 |
| | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | 689.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | 2,988.00 | NA | NA | 0.00 |
| | RMH Patholgist, 6785 Weaver rd Rockford, IL 61114 | | 18.00 | NA | NA | 0.00 |
| | Rockford Health Physicians, Dept 4701 Carol Stream, IL 60122 | | 300.00 | NA | NA | 0.00 |
| | Rockford Mercantile, Po Box 5847 Rockford, IL 61125 | | 170.00 | NA | NA | 0.00 |
| | Shorewater Propertys c/o Chad Kahle, 131 E.Riverside Blvd Loves Park, IL 61111 | | 2,000.00 | NA | NA | 0.00 |
| | Springleaf Financial S, 601 Nw 2nd St Evansville, IN 47708 | | 0.00 | NA | NA | 0.00 |
| | Swedish American Hospital, Box 1567 Rockford, IL 61110 | | 250.00 | NA | NA | 0.00 |
| | Syncb/care Credit, C/o Po Box 965036 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncb/toysrus, Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | the cash store, 3134 11th St Rockford, IL 61109 |  | 2,000.00 | NA | NA | 0.00 |
|  | Torres Credit Srv, 27 Fairview Carlisle, PA 17013 |  | 335.00 | NA | NA | 0.00 |
|  | US Cellular, Box 0205 Palatine, IL 60055 |  | 1,800.00 | NA | NA | 0.00 |
|  | Victorias Secret, Box 659728 San Antonio, TX 78265 |  | 350.00 | NA | NA | 0.00 |
|  | Webbank/fingerhut, 6250 Ridgewood Roa Saint Cloud, MN 56303 |  | 250.00 | NA | NA | 0.00 |
|  | Wen Hair Care, Box 2014 Harlan, IA 51593 |  | 150.00 | NA | NA | 0.00 |
| 8 | Cach, Llc | 7100-000 | NA | 421.31 | 421.31 | 14.18 |
| 1 | Cavalry SPV I LLC | 7100-000 | NA | 1,765.48 | 1,765.48 | 59.42 |
| 4 | Cottonwood Financial Illinois, Llc. | 7100-000 | NA | 1,133.02 | 1,133.02 | 38.13 |
| 5 | Directv, Llc | 7100-000 | NA | 580.37 | 580.37 | 19.53 |
| 9 | PATRICIA ANDERSON | 7100-000 | NA | 5,000.00 | 5,000.00 | 168.28 |
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 2,496.97 | 2,496.97 | 84.03 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 689.36 | 689.36 | 23.20 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 250.44 | 250.44 | 8.43 |
| 3 | Us Cellular | 7100-000 | NA | 1,725.91 | 1,725.91 | 58.08 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 24,354.00 | $ 14,062.86 | $ 14,062.86 | $ 473.28 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-81061 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | ROBERT D RAMEY | | | | Date Filed (f) or Converted (c): | 04/28/2016 (f) |
| | AMANDA L RAMEY | | | | 341(a) Meeting Date: | 06/09/2016 |
| For Period Ending: | 10/05/2017 | | | | Claims Bar Date: | 02/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2005 Checy Equinox Mileage: 100000 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 2. Older Household Furniture & Personal Belongings | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 4. Wedding Rings & Misc. Costume Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 5. First Community Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 6. First Community Credit Union | 50.00 | 0.00 | | 0.00 | FA |
| 7. Employer Provided Term Life Policy - No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 8. Preference Pymt - P Anderson (u) | 0.00 | 8,000.00 | | 5,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $4,750.00 | $11,000.00 | | $5,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TFR WAS FILED APRIL 13, 2017.

Initial Projected Date of Final Report (TFR): 07/31/2017    Current Projected Date of Final Report (TFR): 07/31/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-81061 | Trustee Name: | BERNARD J. NATALE |
| Case Name: | ROBERT D RAMEY | Bank Name: | Associated Bank |
| | AMANDA L RAMEY | Account Number/CD#: | XXXXXX8814 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1021 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 10/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/04/17 | 8 | Patricia Anderson<br>8855 Edson Road<br>Capron IL 61012 | Preference - Compromise | 1241-000 | $5,000.00 | | $5,000.00 |
| 06/09/17 | 1101 | CLERK OF THE BANKRUPTCY COURT<br>327 S CHURCH STREET<br>ROOM 1100<br>ROCKFORD, IL  61101 | Adv Fee Case No:16-96062 | 2700-000 | | $350.00 | $4,650.00 |
| 06/09/17 | 1102 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Distribution | | | $1,271.90 | $3,378.10 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.            ($1,250.00) | 2100-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.               ($21.90) | 2200-000 | | | |
| 06/09/17 | 1103 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | $2,904.82 | $473.28 |
| | | BERNARD J. NATALE LTD | Atty Fees                        ($2,838.90) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Atty Exp                           ($65.92) | 3120-000 | | | |
| 06/09/17 | 1104 | Cavalry SPV I LLC<br>P O Box 27288<br>Tempe AZ 85282 | Ref #4792 | 7100-000 | | $59.42 | $413.86 |
| 06/09/17 | 1105 | Quantum3 Group Llc As Agent For Sadino Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Ref #1420 | 7100-000 | | $8.43 | $405.43 |
| 06/09/17 | 1106 | Us Cellular<br>By American Infosource Lp As Agent<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Ref #4345 | 7100-000 | | $58.08 | $347.35 |
| 06/09/17 | 1107 | Cottonwood Financial Illinois, Llc.<br>1901 Gateway Drive, Ste 200<br>Irving, Tx 75038 | Ref #4755 | 7100-000 | | $38.13 | $309.22 |
| | | | Page Subtotals: | | $5,000.00 | $4,690.78 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-81061 | Trustee Name: | BERNARD J. NATALE |
| Case Name: | ROBERT D RAMEY | Bank Name: | Associated Bank |
| | AMANDA L RAMEY | Account Number/CD#: | XXXXXX8814 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1021 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 10/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/09/17 | 1108 | Directv, Llc<br>By American Infosource Lp As Agent<br>Po Box 5008<br>Carol Stream, Il 60197-5008 | Ref #8391 | 7100-000 | | $19.53 | $289.69 |
| 06/09/17 | 1109 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Ref #5979/US Bank NA | 7100-000 | | $84.03 | $205.66 |
| 06/09/17 | 1110 | Portfolio Recovery Associates, Llc<br>P O Box 12914<br>Norfolk VA 23541 | Ref #1838/Cap One Bank (USA) NA | 7100-000 | | $23.20 | $182.46 |
| 06/09/17 | 1111 | Cach, Llc<br>Po Box 5980<br>Denver, Co 80217-5980 | Ref #3658/Cap One Bank (USA)NA | 7100-000 | | $14.18 | $168.28 |
| 06/09/17 | 1112 | PATRICIA ANDERSON<br>% David L Davitt<br>4023 Charles Street<br>Rockford IL 61108 | Pref Loan Pymt | 7100-000 | | $168.28 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,000.00 | $5,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $5,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $5,000.00 |

Page Subtotals: $0.00   $309.22

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8814 - Checking | $5,000.00 | $5,000.00 | $0.00 |
|  | $5,000.00 | $5,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |